USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2025

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Grace Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Telebrands Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP.,<br><br>*Plaintiff*<br><br>v.<br><br>HENGSHUISHIBAIHUAJIANZHUGONGCHENGCHU d/b/a GUODAOYUHEGANGLUJIAOCHA, LINFENHAOKUNHUIWUFUWUYOUXIANZERENGONGSI d/b/a LIGUOHONGGONGSI, SHANGQIUNONGLAINONGWANGNONGYEKEJIYOUXIANGONGSI d/b/a NONGLAINONGWANG, YONGJIGULANSHANGMAOYOUXIANGONGSI d/b/a ZHAOBAICUNDIERZU, ZHENGZHOUSHIERQIUKEHANDIANZICHANPINSHANGHANG d/b/a KEHANDIANZIXIAOMING, and ZHENGZHOUSHIJINSHUIQUZHUNLUBAIHUOSHANGHANG d/b/a UFPVSC,<br><br>*Defendants* | CIVIL ACTION NO. 25-cv-3131-AT<br><br>**MOTION TO EXCEED WORD LIMIT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING DEFENDANTS' MERCHANT STOREFRONT; AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; ORDER AUTHORIZING BIFURCATED AND ALTERNATIVE SERVICE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY**<br><br>**FILED UNDER SEAL** |

Plaintiff Telebrands Corp., ("Telebrands" or "Plaintiff") hereby moves for an order granting Plaintiff permission to file a memorandum of law in excess of the word limitations set by the Court in support of Plaintiff's *ex parte* application for: a temporary restraining order; an order restraining defendants' merchant storefronts, an order to show cause why a preliminary injunction should not issue; an order authorizing bifurcated and alternative service; and an order authorizing expedited discovery against Defendant in light of Defendant's intentional and willful offerings for sale and/or sales of infringing products ("Application"), which is being filed herewith.

Pursuant to S.D.N.Y. Local Civil Rule 7.1(c), a memorandum of law filed in support of a motion may not exceed 8,750 words. Plaintiff's Memorandum of Law filed in support of its Application, however, is 12,713 words, which Plaintiff believes is a necessary length to adequately address the complex legal and factual issues raised by its Application, particularly those concerning service of process on Defendants located in China.

Accordingly, Plaintiff respectfully requests that the Court grant this motion allowing Plaintiff to submit a memorandum of law in support of its Application which exceeds the requirements of Local Civil Rule 7.1(c).

GRANTED.

SO ORDERED.

Dated: April 21, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge