```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/3/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEBRANDS CORP.,

            Plaintiff,

-against-

HENGSHUISHIBAIHUAJIANZHUGONGCHENG CHU d/b/a GUODAOYUHEGANGLUJIAOCHA, LINFENHAOKUNHUIWUFUWUYOUXIANZERE NGONGSI d/b/a LIGUOHONGGONGSI, SHANGQIUNONGLAINONGWANGNONGYEKE JIYOUXIANGONGSI d/b/a NONGLAINONGWANG, YONGJIGULANSHANGMAOYOUXIANGONGSI d/b/a ZHAOBAICUNDIERZU, ZHENGZHOUSHIERQIQUKEHANDIANZICHAN PINSHANGHANG d/b/a KEHANDIANZIXIAOMING, and ZHENGZHOUSHIJINSHUIQUZHUNLUBAIHUOS HANGHANG d/b/a UFPVSC,

            Defendants.

25 Civ. 3131 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 15, 2025, Plaintiff filed a Complaint against six Defendants bringing claims of trademark infringement, false advertising, and unfair competition. *See generally* Compl., ECF No. 1. On April 21, 2025, the Court entered a Temporary Restraining Order ("TRO"), enjoining Defendants from continuing any conduct infringing on Plaintiff's trademark and, *inter alia*, authorizing alternative service and expedited discovery. ECF No. 26. Pursuant to the alternative methods of service authorized by the TRO, Plaintiff subsequently served the summons, complaint, TRO, and all papers filed in support thereof on all Defendants. ECF No. 31 ¶¶ 8, 10, 11. On May 19, 2025, following a show cause hearing, the Court entered a preliminary injunction in favor of Plaintiff, enjoining Defendants from continuing any conduct infringing on Plaintiff's trademark. ECF No. 34.

      Accordingly, by **November 11, 2025**, Plaintiff shall file a letter with the Court stating how it plans to proceed in this action.

      SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                                       ANALISA TORRES
                                           United States District Judge