USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____3/5/2026_____

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Telebrands Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORP., <br><br> *Plaintiff* <br><br> v. <br><br> HENGSHUISHIBAIHUAJIANZHUGONGCHENGCHU d/b/a GUODAOYUHEGANGLUJIAOCHA, LINFENHAOKUNHUIWUFUWUYOUXIANZERENGONGSI d/b/a LIGUOHONGGONGSI, SHANGQIUNONGLAINONGWANGNONGYEKEJIYOUXIANGONGSI d/b/a NONGLAINONGWANG, YONGJIGULANSHANGMAOYOUXIANGONGSI d/b/a ZHAOBAICUNDIERZU, ZHENGZHOUSHIERQIQUKEHANDIANZICHANPINSHANGHANG d/b/a KEHANDIANZIXIAOMING, and ZHENGZHOUSHIJINSHUIQUZHUNLUBAIHUOSHANGHANG d/b/a UFPVSC, <br><br> *Defendants* | **CIVIL CASE NO. <br> 25-cv-3131 (AT)** <br><br><br> **ORDER FOR RETURN OF <br> SECURITY BOND** |

## GLOSSARY

| Term | Definition | Docket Entry Number |
|------|-----------|---------------------|
| **Plaintiff or Telebrands** | Telebrands Corp. | N/A |
| **Defendants or Defaulting Defendants** | hengshuishibaihuajianzhugongchengchu d/b/a guodaoyuheganglujiaocha, LinFenHaoKunHuiWuFuWuYouXianZeRenGongSi d/b/a LiGuoHongGongSi, SHANGQIUNONGLAINONGWANGNONGYEKEJIYOUXIANGONGSI d/b/a NONGLAINONGWANG, YongJiGuLanShangMaoYouXianGongSi d/b/a ZhaoBaiCunDiErZu, ZhengZhouShiErQiQuKeHanDianZiChanPinShangHang d/b/a KeHanDianZiXiaoMing, and zhengzhoushijinshuiquzhunlubaihuoshanghang d/b/a Ufpvsc | N/A |
| **Amazon** | Amazon.com, a Seattle, Washington-based, online marketplace and e-commerce platform owned by Amazon.com, Inc., a Delaware corporation, that allows manufacturers and other third-party merchants, like Defendants, to advertise, distribute, offer for sale, sell and ship their retail products, which, upon information and belief, primarily originate from China, directly to consumers worldwide and specifically to consumers residing in the U.S., including New York | N/A |
| **Complaint** | Plaintiff's Complaint filed on April 15, 2025 | Dkt. 1 |
| **Application** | Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Defendants' Merchant Storefronts; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery | Dkts. 22-24, 26 |
| **Iyer Dec.** | Declaration of Bala Iyer in Support of Plaintiff's Application | Dkt. 23 |
| **Drangel Dec.** | Declaration of Jason M. Drangel in Support of Plaintiff's Application | Dkt. 24 |

i

| TRO | 1) Temporary Restraining Order; 2) Order Restraining Defendants' Merchant Storefronts; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered on April 21, 2025 | Dkt. 26 |
|---|---|---|
| PI Order | May 19, 2025 Preliminary Injunction Order | Dkt. 34 |
| **Horsepower Pocket Pony Product(s)** | Plaintiff's pocket-sized version of its cordless, rechargeable, waterproof power scrubber, marketed under the HORSEPOWER brand | N/A |
| **Horsepower Pocket Pony Applications** | U.S. Trademark Application Ser. Nos. 98/542,914, covering "POCKET PONY" for goods in Classes 7 and 21; 98/815,797, covering "HORSEPOWER" for goods in Class 7; and 98/443,377, covering "HORSEPOWER" for goods in Classes 3, 5, 7, and 21 | N/A |
| **Horsepower Pocket Pony Marks** | The marks covered by the Horsepower Pocket Pony Applications | N/A |
| **Plaintiff's Website** | Plaintiff's fully interactive websites located at https://horsepowerhome.com/ and https://www.horsepowerpocketpony.com | N/A |
| **Infringing Products** | Defendants' products advertised, offered for sale and/or sold by Defendants via, at a minimum, Defendants' Merchant Storefronts (as defined infra) on Amazon, which bear, use and/or are offered for sale and/or sold in connection with the Horsepower Pocket Pony Marks and/or which bear, use and/or are offered for sale and/or sold in connection with marks that are confusingly substantially similar to the Horsepower Pocket Pony Marks and/or which are identical or confusingly similar to the Horsepower Pocket Pony Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Amazon, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, and/or each of their respective officers, employees, agents, servants and all persons in active concert or participation with any | N/A |
| **Merchant Storefront(s)** | Any and all User Accounts, including, without limitation, on Amazon, through which Defendants, and/or each of their respective officers, employees, agents, servants and all persons in active concert | N/A |

|  |  |  |
|---|---|---|
|  | or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Infringing Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them |  |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by Amazon, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Infringing Products, which are hereinafter identified as a result of any order entered in this action, or otherwise |  |

iii

In light of the voluntary dismissal of the action by Plaintiff, the Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond posted by Plaintiff in accordance with the Temporary Restraining Order (Dkt. 26).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

Dated: March 5, 2026
       New York, New York

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

1